MICHAEL J. HEYMAN
United States Attorney

MANDY M. MACKENZIE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Mandy.Mackenzie@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>MICHAEL SHANE ORNDOFF, JR.,<br>a/k/a "Michaell Henderson,"<br>a/k/a "Michaell Carlton Martinez,"<br>a/k/a "Shane Orndoff,"<br>a/k/a/ "Shane Michael Orndoff,"<br><br>            Defendant. | No. 3:26-cr-00013-SLG-MMS<br><br>COUNT 1<br>INTERFERENCE WITH FLIGHT CREW<br>MEMBERS AND ATTENDANTS<br>   Vio. of 49 U.S.C. § 46504 |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about December 17, 2025, while on an aircraft, within the special aircraft jurisdiction of the United States, the District of Alaska, and elsewhere, namely Delta Air Lines Flight A27, in flight from Atlanta, Georgia, to Seoul, South Korea, registered aircraft

number 3520, the Defendant, MICHAEL SHANE ORNDOFF, JR., a/k/a "Michaell Henderson," a/k/a "Michaell Carlton Martinez," a/k/a "Shane Orndoff," a/k/a/ "Shane Michael Orndoff," who by assaulting and intimidating a flight crew member and flight attendant of the aircraft, did interfere with the performance of the duties of a crew member and attendant and lessened the ability of the member and attendant to perform those duties.

All of which is in violation of 49 U.S.C. § 46504.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Mandy M. Mackenzie
MANDY M. MACKENZIE
Assistant U.S. Attorney
United States of America

s/ Thomas C. Bradley for
MICHAEL J. HEYMAN
United States Attorney

DATE: 1/20/26